O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE MAX DAVIS, | ) | Case No. CV 11-02674 DDP (RZx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| | ) | |
| v. | ) | |
| | ) | [Motion filed on June 30, 2011] |
| AT&T WIRELESS SERVICES INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Presently before this court is Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. No. 31). On August 15, 2011, Plaintiff filed a Notice of Non-Opposition to Defendants' Motion to Dismiss and Intent to File Amended Complaint (Dkt. No. 44). Accordingly, the court GRANTS Defendants' Motion to Dismiss Plaintiff's Complaint with leave to amend. Therefore, the plaintiff shall file a First Amended Complaint within twenty days of the date of this order.

IT IS SO ORDERED.

Dated: September 8, 2011

DEAN D. PREGERSON
United States District Judge