FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE MAX DAVIS, an individual; BLINDSIDE ENTERTAINMENT, LLC, a Delaware limited partnership; GLOBAL DATA REVENUE, INC.; KINMAN GROWTH MUSIC PUBLISHING; HEATHER AZURE KIRKBRIDE, an individual, | No. 12-55985 |
| Plaintiffs - Appellants, | DC No. 11 cv-2674 DDP |
| v. | **O R D E R** |
| AT&T WIRELESS SERVICES, INC., a Delaware Corporation; Erroneously Sued as AT&T Mobility, LLC; CELLCO PARTNERSHIP, a New Jersey Corporation, DBA Verizon Wireless; SPRINT SPECTRUM LP, a Delaware limited partnership; T-MOBILE USA, INC.; TRACFONE WIRELESS, INC., a Delaware Corporation, | |
| Defendants - Appellees. | |



**RECEIVED**
CLERK, U.S. DISTRICT COURT

7/23/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before:     TASHIMA, N.R. SMITH, and MURGUIA, Circuit Judges.

Appellants' petition for panel rehearing is denied.